```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13246
   DONNA M STROTHER OLIVER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0534

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/24/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED VEHIC    16218.61           184.35         423.65
CREDIT ACCEPTANCE CORP   UNSECURED        NOT FILED            .00            .00
ILLINOIS DEPT OF EMP SEC PRIORITY         NOT FILED            .00            .00
ALLIED INT               UNSECURED        NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED        NOT FILED            .00            .00
CAPITAL ONE              UNSECURED         1913.76             .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED          724.98             .00            .00
CRED PROTECTION ASSOCIAT UNSECURED        NOT FILED            .00            .00
DEPENDON COLLECTIONS SER UNSECURED        NOT FILED            .00            .00
ILL COLL SVC             UNSECURED        NOT FILED            .00            .00
ILL COLL SVC             UNSECURED        NOT FILED            .00            .00
ISAC                     UNSECURED        NOT FILED            .00            .00
MIDNIGHT VELVET          UNSECURED        NOT FILED            .00            .00
MRSI                     UNSECURED        NOT FILED            .00            .00
MRSI                     UNSECURED        NOT FILED            .00            .00
MRSI                     UNSECURED        NOT FILED            .00            .00
MRSI                     UNSECURED        NOT FILED            .00            .00
MRSI                     UNSECURED        NOT FILED            .00            .00
MRSI                     UNSECURED        NOT FILED            .00            .00
NCO MEDCLR               UNSECURED        NOT FILED            .00            .00
NCO MEDCLR               UNSECURED        NOT FILED            .00            .00
NICOR GAS                UNSECURED          661.15             .00            .00
OVERLAND BOND & INVESTME UNSECURED         7609.37             .00            .00
RMI/MCSI                 UNSECURED          100.00             .00            .00
SST                      UNSECURED         1330.69             .00            .00
ILLINOIS DEPT OF EMPLOYM UNSECURED         5297.00             .00            .00
ASSET ACCEPTANCE CORP    UNSECURED          637.53             .00            .00
LEE ARMSTRONG            NOTICE ONLY      NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          182.14             .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         3669.78             .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         1063.52             .00            .00
IL DEPT OF EMPLOYMENT SE UNSECURED         5777.50             .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13246 DONNA M STROTHER OLIVER
```

```
NATIONAL CAPITAL MANAGEM  UNSECURED       17704.31              .00              .00
ILLINOIS DEPT OF REV      UNSECURED         348.81              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,234.00                            370.47
TOM VAUGHN                TRUSTEE                                              66.91
DEBTOR REFUND             REFUND                                                 .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,045.38

PRIORITY                                             .00
SECURED                                           423.65
    INTEREST                                      184.35
UNSECURED                                            .00
ADMINISTRATIVE                                    370.47
TRUSTEE COMPENSATION                               66.91
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                  1,045.38                1,045.38
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/23/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE